UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MAYA RIVER'S,

Plaintiff,

v.

BERTHA ISABEL RIVERA,

Defendant

No. 2:23-cv-02723-DAD-AC (PS)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING COMPLAINT WITHOUT LEAVE TO AMEND

(Doc. No. 3)

Plaintiff Maya River's filed the complaint initiating this civil action on November 21, 2023, and is proceeding *pro se* and *in forma pauperis* in this civil action. (Doc. No. 1.) This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302(c)(21).

On July 20, 2026, the magistrate judge granted plaintiff's application to proceed *in forma pauperis*, screened plaintiff's complaint, found the allegations of that complaint to be frivolous and to fail to state any cognizable claim, also found that plaintiff's complaint was sufficiently unintelligible that the granting of leave to amend would be futile, and recommended that the complaint be dismissed without leave to amend. (Doc. No. 3.)

The pending findings and recommendations were served on plaintiff by mail and contained notice that any objections thereto were to be filed within twenty-one (21) days after

/////

service. (*Id.* at 4.) That time has passed with no objections, or any other submission, being filed by plaintiff.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on July 20, 2026 (Doc. No. 3) are adopted in full;
2. This action is dismissed without leave to amend as frivolous and for failure to state a cognizable claim; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **October 12, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE